UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KELCEY NELSON,**

      Petitioner,

      -vs-                          Case No. 16-C-476

**TIMOTHY DOUMA,**
**Warden, New Lisbon**
**Correctional Institution,**

      Respondent.

## DECISION AND ORDER

Kelcey Nelson filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Court is unable to conclude that Nelson is not entitled to relief in federal district court. Rule 4, Rules Governing Section 2254 Cases. Since it appears that the petition is likely time-barred, the Court requests that the respondent address timeliness in an answer, motion, or other response, which is due within **thirty (30) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2016.

                                        **SO ORDERED:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**